Certificate Number: 16339-AZ-DE-037024114

Bankruptcy Case Number: 22-07989



16339-AZ-DE-037024114

# C<span style="font-variant: small-caps;">ERTIFICATE</span> O<span style="font-variant: small-caps;">F</span> D<span style="font-variant: small-caps;">EBTOR</span> E<span style="font-variant: small-caps;">DUCATION</span>

I CERTIFY that on December 6, 2022, at 2:27 o'clock PM EST, Clinton Jackson completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Arizona.

Date: December 6, 2022    By:    /s/Kelley Tipton

                          Name:  Kelley Tipton

                          Title: Certified Financial Counselor