# Notice Recipients

District/Off: 0970−2  User: admin  Date Created: 3/24/2023
Case: 2:22−bk−07989−DPC  Form ID: 318  Total: 42

**Recipients of Notice of Electronic Filing:**
aty   CANDACE E KALLEN   candace@myazlawyers.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   CLINTON JACKSON   222 W BROWN RD #53   MESA, AZ 85201
tr   DAVID A. BIRDSELL   216 N. CENTER   MESA, AZ 85201
cr   PRA Receivables Management, LLC   PO Box 41021   Norfolk, VA 23541
cr   Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118
cr   CONN APPLIANCES, INC.   C/O BECKET AND LEE LLP   PO BOX 3002   MALVERN, PA 19355−0702
smg   AZ DEPARTMENT OF REVENUE   BANKRUPTCY & LITIGATION   1600 W. MONROE, 7TH FL.   PHOENIX, AZ 85007−2650
16856688   Acima Credit   9815 South Monroe Street   4th Floor   Sandy UT 84070
16856689   Amex   Correspondence/Bankruptcy   Po Box 981540   El Paso TX 79998
16856690   Amex   P.o. Box 981537   El Paso TX 79998
16856691   Arika B Hover/Michael Chalhoub/J Ligas   10680 Treena Street   Suite 500   San Diego CA 92131
16856692   Arizona Department of Revenue   1600 W. Monroe St.   Phoenix AZ 85007
16856693   Avant/WebBank   222 North Lasalle Street   Suite 1600   Chicago IL 60601
16856694   Bellco Credit Union   Attn: Bankruptcy Dept   Pob 6611   Greenwood Village CO 80155
16856695   Bridgecrest Acceptance Corp   7300 East Hampton Avenue   Suite 100   Mesa AZ 85209
16883258   CONN APPLIANCES, INC.   C/O BECKET AND LEE LLP   PO BOX 3002   MALVERN PA 19355−0702
16856696   Capital One   Attn: Bnakruptcy   P.O. Box 30285   Salt Lake City UT 84130
16856697   Ccb/Balance   33 North Lasalle St   Chicago IL 60602
16856698   Challenge Financial Services   Attn: Bankruptcy   1004 West Taft Ave Ste 100   Orange CA 92865
16856699   Chex Systems Inc   Attn: Consumer Relations   7805 Hudson Road, Suite 100   Saint Paul MN 55125
16856700   Conn's HomePlus   2445 Technology Forest Boulevard   Building 4, Suite 800   The Woodlands TX 77381
16856701   Continental Finance Co   Attn: Bankruptcy   4550 Linden Hill Rd, Ste 4   Wilmington DE 19808
16856702   Credit One Bank   Attn: Bankruptcy Department   Po Box 98873   Las Vegas NV 89193
16856703   CreditFresh   Attn: Bankruptcy Dept   200 Continental Drive Suite 401   Newark DE 19713
16856704   Fingerhut   13300 Pioneer Trail   Eden Prairie MN 55347
16856705   Fingerhut   Attn: Bankruptcy   6250 Ridgewood Road   Saint Cloud MN 56303
16856706   Fingerhut Fetti/Webbank   Attn: Bankruptcy   6250 Ridgewood Road   Saint Cloud MN 56303
16856707   Genesis FS Card Services   Attn: Bankruptcy   Po Box 4477   Beaverton OR 97076
16856708   Guidance Res/US Bk   Attn: Bankruptcy   800 Nicollet Mall   Minneapolis MN 55402
16856709   Internal Revenue Service   Centralized Insolvency Operation   P.O. Box 7346   Philadelphia PA 19101
16856711   Lendmark Financial   2118 Usher St.   Covington GA 30014
16856710   Lendmark Financial   Attn: Bankruptcy   1735 N Brown Rd, Ste 300   Lawrenceville GA 30043
16856712   MDG US/Capital Community Bank   Attn: Bankruptcy   3422 Old Capital Trail, Pmb# 1993   Wilmington DE 19808
16856713   Merrick Bank Corp   Po Box 9201   Old Bethpage NY 11804
16856714   Netcredit/rb   Attn: Bankruptcy Dept   175 W Jackson Blvd Suite 1000   Chicago IL 60604
16856715   North Mesa Justice Court   1837 South Mesa Drive   Suite B103   Mesa AZ 85210
16857286   PRA Receivables Management, LLC   PO Box 41021   Norfolk, VA 23541
16856716   Portfolio Recovery Associates, LLC   Attn: Bankruptcy   120 Corporate Boulevard   Norfolk VA 23502
16856717   University Lakes Justice Court   201 E Chicago Street #101   Chandler AZ 85225
16856718   Valley Income Properties   315 S 48th St # 101,   Tempe AZ 85281
16856719   Wakefield & Associates   Attn: Bankruptcy   7005 Middlebrook Pike   Knoxville TN 37909
16856720   Waypoint Resource Group   Attn: Bankruptcy   301 Sundance Pkwy   Round Rock TX 78683

TOTAL: 41